**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CAMERON KEMP | CIVIL ACTION NO. 25-1455 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Cameron Kemp ("Kemp"), proceeding pro se, has filed a "Notice of Appeal" in response to the Magistrate Judge's denial of his Motion for Default Judgment. Record Document 27. Although Kemp's intentions are not entirely clear, he acknowledges that an "interlocutory" appeal is not available and claims his "notice is filed to preserve all objections for appellate review upon entry of final judgment." *Id* at 2. Apparently unable to divine Kemp's intent, the Clerk of Court docketed the filing as an "Appeal of Magistrate Judge Decision to the District Judge." *See* Record Document 27.

To the extent that Kemp wants to make his position clear for some future appellate record, this filing is unnecessary and is not appropriate. If he is attempting to appeal the Magistrate Judge's ruling on a non-dispositive matter, the appeal is untimely and without merit.

The orders at issue were filed on January 29, 2026. *See* Record Documents 18 and 19. Kemp did not file his "Notice of Appeal" until February 20, 2026. The Rules of Civil procedure give a party 14 days after service of the order to file objections to

rulings on nondispositive matters decided by a Magistrate Judge. *See* Fed.R.Civ.P. 72(a). Kemp's appeal was not filed until the twenty-fifth day. The Court is aware, however, that pro se litigants usually receive notice by mail and that there may have been delay in notice. Therefore, the Court considered the merits of Kemp's Notice of Appeal.

Even if timely filed, Kemp's appeal is denied. A magistrate judge may rule on any non-dispositive pretrial matter, except those proscribed by statute. *See* 28 U.S.C. § 636(b)(1)(A). In this case, the Magistrate Judge's ruling is not a recommendation, which normally requires de novo review, but rather, the ruling is a final order on a non-dispositive matter that requires the district court to uphold the ruling unless it "is clearly erroneous or contrary to law." Fed.R.Civ.P. 72(a); *see also Seaberry v. Stalder*, No. 05-1960, 2006 WL 1635707, at *1 (W.D. La. June 13, 2006) (citing 28 U.S.C. § 636(b)(1)(A))).

Following a review of the record, including the Defendants' Motions to Set Aside Default, Record Documents 15 and 16, Kemp's opposition, Record Document 17, and the Magistrate Judge's Orders, Record Documents 18 and 19, the Court finds that the Magistrate Judge's Orders are neither clearly erroneous nor contrary to law. Kemp's appeal, Record Document 27, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of March, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE