**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CAMERON KEMP | CIVIL ACTION NO. 25-1455 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 57, after a *de novo* review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motions to Dismiss, Record Documents 23 and 49, are **GRANTED IN PART** and **DENIED IN PART** as follows. All claims against defendant, Erik Mack, are **DISMISSED WITHOUT PREJUDICE**. The motions are **DENIED AS MOOT** with respect to the request to dismiss the defendants, City of Shreveport, the City's Property Standards Office, and Terrence Green.

**IT IS FURTHER ORDERED** that the Motions to Dismiss, Record Documents 20 and 51, are **GRANTED**. All claims against defendants, Glynn Young and Hammerman & Gainer, LLC, are **DISMISSED WITHOUT PREJUDICE.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 12th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE