**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CAMERON KEMP | CIVIL ACTION NO. 25-1455 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

# MEMORANDUM RULING

The plaintiff, Cameron Kemp ("Kemp"), moved for reconsideration of the order that adopted a report and recommendation and dismissed his claims against Erik Mack, Glynn Young, and Hammerman & Gainer LLC (collectively, "defendants'). Record Document 60. In his motion, Kemp argued that his claims against the defendants should be reinstated and that the United States Marshal's Service should be directed to serve his complaint against them. *Id.* at 5. For the following reasons, the motion is **DENIED**.

The United States Court of Appeals for the Fifth Circuit has explained that, although "plaintiffs proceeding in forma pauperis may rely on service by the U.S. Marshals, a plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service[.]" *Rochon v. Dawson*, 828 F.3d 1107, 1110 (5th Cir. 1987). In *Rochon*, the Fifth Circuit held that the plaintiff "failed to request service," and thus, when his complaint was dismissed, the plaintiff was being penalized for "inaction and dilatoriness on his part." *Id.* In this case, before dismissal of the complaint, Kemp failed to request service by the United States Marshal. *See,*

*e.g.*, Record Document 57 at 2 (detailing history of failed service). As such, the dismissal of his complaint penalized Kemp for his own "inaction and dilatoriness" and does not merit reconsideration. 828 F.3d at 1110.

For the foregoing reasons, Plaintiffs' Motion to Reconsider August 12, 2026 Order, Reinstate Dismissed Defendants, Extend Time for Service, and Direct Service by the United States Marshals Service, Record Document 60, is **DENIED**. An order consistent with the terms of this memorandum ruling shall issue herewith.

**DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of November, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE